■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMONI HALL, Appellant. [45 NYS3d 839]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered January 30, 2015. The judgment convicted defendant, upon his plea of guilty, of murder in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of murder in the second degree (Penal Law § 125.25 [1]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily, and intelligently waived the right to appeal (see generally People v Lopez, 6 NY3d 248, 256 [2006]), and that valid waiver forecloses any

challenge by defendant to the severity of the sentence (*see id.* at 255; *see generally People v Lococo,* 92 NY2d 825, 827 [1998]; *People v Hidalgo,* 91 NY2d 733, 737 [1998]). Present—Centra, J.P., Peradotto, Curran, Troutman and Scudder, JJ.